**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**TERRANCE LANG,**
**ADC #151760**                                                                                      **PLAINTIFF**

**V.**                                    **CASE NO. 1:16-CV-130-KGB-BD**

**MATHEW JAMES, et al.**                                                            **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I**.      **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge

Kristine G. Baker.  You may file written objections to this Recommendation.  If you file

objections, they must be specific and must include the factual or legal basis for your

objection.  Your objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

**II.**      **Discussion**

Jeffery Elmore, an Arkansas Department of Correction inmate, filed this lawsuit

on behalf of himself, Terrance Lang, and others.  (Docket entry #1)  Mr. Lang did not

submit an *in forma pauperis* (IFP) application or pay a filing fee.  On September 19,

2016, the Court ordered him to do one or the other within thirty days.  (#2)  Mr. Lang

later submitted a complete application to proceed IFP, which the Court granted.  (#3, #4)

In its September 30 Order, the Court explained that, based on the allegations in the complaint submitted by Mr. Elmore, Mr. Lang's federal claims were dubious. According to the part of the complaint specific to Mr. Lang, he alleges that Defendant James placed him in a dangerous environment by conspiring with inmate Hubbard to "plant" a homemade knife on the bed of a third inmate, thus creating a "hostile, racial" environment. (#1-1, pp. 188-191)

These allegations, even if true, do not state a federal constitutional claim for deliberate-indifference to Mr. Lang's welfare and safety. The most that the Court can infer is that Defendants' conduct caused general unrest at the North Central Unit of the ADC. This possibility caused Mr. Lang to fear that racial tensions might boil over and, therefore, might cause him to be injured somehow.

The Court gave Mr. Lang thirty days to amend his claims because, as set out in the original complaint, he had not state a federal claim for relief. The Court specifically cautioned Mr. Lang that his lawsuit could be dismissed, without prejudice, if he failed to supplement his complaint. To date, Mr. Lang has failed to respond to the Court's September 30 Order, and the deadline for complying with the Court's Order has expired.

## III.   Conclusion

The allegations pertinent to Mr. Lang do not state a federal claim for relief. His claims, therefore, should be DISMISSED, without prejudice, based on his failure to state a federal claim.

DATED this 2nd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE