IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRANCE LANG**
**ADC #151760**                                                              **PLAINTIFF**

v.                          **Case No. 1:16-cv-00130-KGB-BD**

**MATTHEW JAMES,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 5). Plaintiff Terrance Lang has not filed any objections to the Recommended Disposition, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 5). It is therefore ordered that Mr. Lang's complaint is dismissed without prejudice.

Dated this 10th day of January, 2017.

_____
Kristine G. Baker
United States District Judge