IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRANCE LANG**
**ADC #151760**                                                                                                           **PLAINTIFF**

**v.**                   **Case No. 1:16-cv-00130-KGB-BD**

**MATTHEW JAMES,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 10th day of January, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge